CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Allan Roberts et al.,

_____
Plaintiff(s)

vs.                                              Civil Action No.: 1:20cv1227

Islamic Republic of Iran,

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

ISLAMIC REPUBLIC OF IRAN
Foreign Minister Mohammed Zarif
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

by: (check one)
- [X] U.S. Department of State
- [ ] registered mail, return receipt requested
- [ ] DHL

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [X] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): (certification is not applicable to this case) _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Kevin A. Hoffman
_____
(Signature)

Kevin A. Hoffman (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995 Fax: (757) 233-1084

(Name and Address)