

# SINGER DAVIS

Direct Dial: 757/598-5061
Email: kevin.hoffman@singerdavis.law

July 16, 2020

**VIA ECF AND FIRST-CLASS MAIL**

Clerk of the Court
United States District Court
For the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    <u>Allan Roberts et al. v. Islamic Republic of Iran</u>
              Case No: 1:20cv1227

Dear Clerk of the Court:

In connection with the above captioned case, we write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on the Islamic Republic of Iran ("Iran").

Title 28 of the U.S.C., Section 1608 requires that Iran first be served "by any form of mail requiring a signed receipt . . . to the head of the ministry of foreign affairs." 28 U.S.C. § 1608(a)(3). We initiated this request on June 8, 2020, ECF No. 6. On July 15, 2020, we certified that thirty days had passed, and the materials have not been delivered, so we are now permitted to move forward with service under 1608(a)(4) via the United States Department of State. *See* ECF No. 7.

In such circumstances, upon request, the Clerk of Court shall send two copies of the summons and complaint, and a notice of suit, together with a translation of each (here the translations are in Farsi, the official language of Iran), by "any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State" in Washington, D.C., and to the attention of the Director of Special Consular Services. 28 U.S.C. § 1608(a)(4). The Secretary of State shall then take the necessary steps to effectuate service through diplomatic channels.

In accordance with the requirements of 28 U.S.C. § 1608(a)(4), I have enclosed: 1) a cover letter addressed to the Department of State; 2) two copies of the Complaint; 3) two copies of the summons; 4) two copies of the Notice of Suit (attached to each is a copy of the Foreign Sovereign Immunities Act); and 5) two copies of each document translated into Farsi.

Please take the necessary steps to dispatch these materials, which are contained within the enclosed pre-addressed mailing package, in order to effect service on Iran pursuant to 28 U.S.C. § 1608(a)(4). The below address should be used for dispatch of the above documents to the Director of Special Consular Services:

U.S. Department of State
CA/OCS/L, SA-17, 10th Floor
Washington, DC 20522-1710

Also enclosed in the pre-addressed mailing package is a check for $2,275.00 made out to the U.S. Embassy Bern, which represents the fee required by the Department of State.

Please do not hesitate to call if there is anything further our office can provide or if you have any questions regarding this request. Thank you in advance for your assistance.

With best regards, I am

Sincerely yours,

*[signature]*

Kevin A. Hoffman

KAH/jdc
Enclosures with mailed copy only