**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN** | ) |
| | ) |
| **Defendant.** | ) |

**EXPERT AFFIDAVIT OF MICHAEL PREGENT**

I, MICHAEL PREGENT, have personal knowledge of the facts and circumstances described herein and, if called, would testify in open court to the same. I swear or affirm:

**I.   QUALIFICATIONS & EXPERIENCE**

1. I am a former intelligence officer with over 30 years of experience working security, terrorism, counter-insurgency, and policy issues in the Middle East, North Africa, and Southwest Asia, with a particular focus on Iraq.

2. Between 2006 and 2011, I worked as a Subject Matter Expert ("SME") on malign Iranian influence in Iraq as both an embedded policy advisor and as a Defense Intelligence Agency ("DIA") contracted SME on Iranian Revolutionary Guard Corps ("IRGC") and Quds Force ("IRGC-QF")-backed militias in Iraq. I served two tours as a member of the Force Strategic Engagement Cell, an organization set up both to deal with the rising Sunni insurgency and to curb Iran's growing influence within the Government of Iraq.

3. Following my time as an SME in Iraq, I served in the National Military Command Center at the Pentagon.

4. In 2014, I was brought on as an expert at the National Defense University, at the request of Army Chief of Staff General Ray Odierno, to contribute to the Department of the

Army's History of the Iraq War publication. As part of that project, I provided input on the IRGC-QF's funding and support of its proxy groups in Iraq.

5. I currently serve as a Senior Fellow at Hudson Institute, a Washington D.C. think tank, and I am visiting fellow at the Institute for National Strategic Studies at the National Defense University.

6. As a result of my role at Hudson Institute, I have appeared to testify before Congress several times regarding Iran's malign influence throughout the Middle East, particularly within Iraq.

7. I hold a Master's degree in Strategic Public Relations from The George Washington University.

## II. PRIOR TESTIMONY

8. I have qualified to provide expert testimony before this District Court regarding issues related to Iran's regional malign influence on several occasions.

9. In the case of *Hamen v. Islamic Republic of Iran*, I was qualified "as an expert on the [IRGC-QF] and Iranian efforts to influence political activity in Yemen, Iraq, Syria, and Lebanon." *See* 401 F. Supp. 3d 85, 92 (D.D.C. 2019).

10. In *Frost v. Islamic Republic of Iran*, I was qualified to testify "on, among other things, Iranian influence in Iraq." 383 F. Supp. 3d 33, 38 (D.D.C. 2019).

11. In the matter of *W.A. v. Islamic Republic of Iran*, the Court qualified me to provide expert testimony regarding "Shia militias in Iraq, including the Badr Organization; and Iranian influence within the Iraqi government following the fall of Saddam Hussein in 2003. 427 F. Supp. 3d 117, 125 (D.D.C. 2019).

12.     I also participated in *Karcher v. Islamic Republic of Iran*, where the Court qualified me to testify on the "attribution of terror attacks and also evidence collection and analysis in the intelligence field." 396 F. Supp. 3d 12, 19 (D.D.C. 2019). I submitted a written expert report in that matter, dated November 20, 2018.

### III.  DOCUMENTS REVIEWED

13.     I have reviewed the Complaint in this action and relied upon sources commonly used in my field, such as open-source press reporting, peer reviewed articles, and official government reports. My opinions also rely upon the experience and personal knowledge I obtained working for and on behalf of the United States military in Iraq.

14.     I have reviewed my expert report from the *Karcher* case and I stand by my prior statements as accurate and current. I have also reviewed the expert reports submitted in *Karcher* by Michael Oates, Leo Bradley, and Russell McIntyre. I agree with, and am competent to testify regarding, their observations, conclusions, and opinions as to Iran's supply of EFP devices into Iraq between 2004 and 2011, as well as Iran's creation, direction, and coordination of training programs for Iraq's Shia militia groups during that timeframe.

### IV.  IRAN'S SYSTEMIC SPONSORSHIP OF TERRORISM

15.     Ever since Shia cleric Ayatollah Khomeini came to power during Iran's Revolution in 1979, Iran has engaged in and supported terrorism as a critical instrument of its national policy. Iran has been and continues to be consistently cited by the United States Department of State as the predominant state sponsor of terror in the world.

16. Because of Iran's systemic support for terrorist groups and Shia militia organizations, the State Department officially designated Iran as a foreign state sponsor of international terrorism on January 19, 1984.[1]

17. One of the many groups routinely supported and funded by Iran is Lebanese Hezbollah ("Hezbollah"). As of 2007, Iran was providing "roughly $100 to $200 million" to Hezbollah each year.[2] Over the years, Hezbollah has become the gold standard of Iran's proxy organizations in the Middle East.

18. Hezbollah is a Lebanese-based Shia group that, as part of its close relationship with Iran, supports and orchestrates terror attacks against Americans around the globe. It is essentially a proxy of the Iranian state.[3] In 1997, Secretary of State Madeleine Albright designated Hezbollah a Foreign Terrorist Organization, pursuant to 8 U.S.C. § 1189, and it has remained so-designated ever since.

19. Hezbollah's 1985 manifesto proclaims that the "first root of vice is America," and its primary stated goal is the destruction of the United States and Israel.[4] That manifesto refers to Imam [Ruhollah] Khomeini as "our leader."[5] At the time, Ruhollah Khomeini, also known as Ayatollah Khomeini, was the Supreme Religious Leader of Iran.

20. Hezbollah serves as a proxy and a conduit for Iran by training, funding and supporting other terrorist organizations. The group has organized an extensive network

---

[1] U.S. Dep't of State, State Sponsors of Terrorism, *available at* https://www.state.gov/j/ct/list/c14151.htm).
[2] *Id.*
[3] Hezbollah Manifesto, reprinted in Anti-American Terrorism and the Middle East: A Documentary Reader 50 (Barry Rubin & Judith Colp Rubin eds., Oxford Univ. Press 2002).
[4] *See* Times of Israel, Nasrallah Proud that PM, Obama Discussed Hezbollah (Nov. 11, 2015), http://www.timesofisrael.com/liveblog_entry/nasrallah-proud-that-pm-obama-discussed-hezbollah/; Ariel Ben Solomon, Nasrallah 'Proud' that Netanyahu and Obama Discussed Hezbollah in White House Meeting, Jerusalem Post (Nov. 11, 2015), http://www.jpost.com/Arab-Israeli-Conflict/Nasrallah-praises-wave-of-terror-against-Israelis-432734.
[5] Hezbollah Manifesto, reprinted in Anti-American Terrorism and the Middle East: A Documentary Reader 50 (Barry Rubin & Judith Colp Rubin eds., Oxford Univ. Press 2002).

throughout the Middle East from which it recruits members of the local populations.[6] Speaking about the way in which the group "outsources" its support to other organizations, the Hezbollah Commander said, "'We shouldn't be called [the] Party of God. We're not a party now, we're international. We're in Syria, we're in Palestine, we're in Iraq and we're in Yemen."[7]

21. Hezbollah has organized and supported numerous terrorist attacks for the benefit of Iran, including the 1983 bombing of the U.S. Marine Corps barracks in Beirut, the 1996 attack on the Khobar Towers military barracks in Saudi Arabia, and the 1998 attacks on American embassies in Kenya and Tanzania. Iran's support of these attacks, which it facilitated through its proxy Hezbollah, is well-established.[8]

22. After the terrorist attacks of September 11, 2001, Iran and Hezbollah continued their coordinated attacks on the United States and her interests around the world. In 2003, Hezbollah Secretary-General Hassan Nasrallah proclaimed: "Let the entire world hear me. Our hostility to the Great Satan [America] is absolute . . . . Regardless of how the world has changed after 11 September, Death to America will remain our reverberating and powerful slogan: Death to America."[9]

23. The IRGC was established in 1979, on the heels of the Iranian revolution. Its official responsibilities involve supervising Iran's financial and logistical support of terrorist

---

[6] Matthew Levitt, *Hezbollah: A Case Study of Global Reach*, Remarks to a Conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats" at 4 (Sept. 8, 2003), available at https://www.aclu.org/files/fbimappingfoia/20111110/ACLURM001616.pdf.
[7] Erika Solomon, Lebanon's Hizbollah and Yemen's Houthis Open Up On Links, Financial Times, May 8, 2015.
[8] *Heiser v. Islamic Republic of Iran*, 466 F.Supp. 2d 229 (D.D.C. 2006); *Owens, et al., v. Republic of Sudan, et al.*, Civ. Action No. 01-2244 (J.D.B.), 2011 U.S. Dist. LEXIS 135961.
[9] Sept. 27, 2002 Al-Manar broadcast, quoted in "Hassan Nasrallah: In His Own Words," Committee for Accuracy in Middle East Reporting in America (July 26, 2006), http://www.camera.org/index.asp?x_context=7&x_issue=11&x_article=1158.

5

organizations around the globe. The IRGC answers directly to and is controlled by the Supreme Leader of Iran.[10]

24. Because of its active and ongoing role in supporting terror organizations and enabling specific terrorist attacks, the IRGC was designated as a Foreign Terrorist Organization by the U.S. State Department in April 2019.[11] A key part of the rationale provided for this designation included the deaths of American soldiers in Iraq due to the distribution of EFP devices into Iraq.

25. Much of Iran's sponsorship of Shia terror groups is executed through the IRGC-QF, an elite and specialized branch of the IRGC. By design, the IRGC-QF focuses primarily on conducting foreign operations. It is the principal Iranian organization working with Hezbollah, as well as with various insurgent forces in Iraq, Afghanistan, Syria, and Yemen.[12]

26. In October 2007, the IRGC-QF was designated as a Specially Designated Global Terrorist pursuant to Executive Order 13224. In making the announcement, the United States Treasury Department stated, IRGC-QF "provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi citizens."[13]

27. The IRGC and the IRGC-QF, in conjunction with Hezbollah, has played a primary role in establishing, promoting, and growing numerous militia groups in Iraq. Most

---

[10] Affidavit of Patrick L. Clawson at 6, *Cohen v. Islamic Republic of Iran*, 2017 WL 818208 (D.D.C. Mar. 1 2017) (No. 12-cv-01496), 2016 WL 3975030 ("Clawson").
[11] Fact Sheet: Designation of the Islamic Revolutionary Guard Corps, U.S. Department of State (Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.
[12] Clawson at 6.
[13] Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism, U.S. Department of the Treasury (Oct. 25, 2007), *available at* https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx.

6

notably, these groups include the Badr Organization, Jaysh al-Mahdi ("JAM"), Asa'ib Ahl al-Haq ("AAH"), and Kata'ib Hezbollah.

V.      IRANIAN MALIGN INFLUENCE IN IRAQ

28.     According to the Department of the Army's History of the Iraq War, the only victor of the U.S. invasion of Iraq was "an emboldened and expansionist Iran."[14]

29.     During the Iran-Iraq War of the 1980s, Tehran built up a militia of Iraqi Shia defectors and former prisoners of war to fight against Saddam Hussein's regime. This militia, known initially as the Badr Corps, proved invaluable to Iran for its ability to conduct sabotage operations and assassinations deep inside enemy territory. In 2003, amidst the chaos following the American invasion of Iraq, Iran dispatched some 10,000 Badr Corps fighters into Iraq.

30.     As Iran's first proxy in Iraq, the Badr Corps, quickly took over the nascent units of the Iraqi Security Forces ("ISF"). Badr officers saturated the ranks of ISF leadership and provided cover for offensive operations that the IRGC-QF directed against Sunni Iraqis and Coalition forces in Iraq. I observed these early developments first-hand as a central part of my work as an SME in Iraq.

31.     Iran further invested in its potential to exert malign influence post-war Iraq by partnering with JAM, a large nationalistic Iraqi Shia militia, founded by Muqtada al-Sadr, that rose up in opposition to the continued presence of foreign soldiers on Iraqi soil. Shortly after the invasion, Iran was already providing tactical and material support to these two groups in their efforts to undermine the ongoing Coalition mission in Iraq.

32.     Qassem Soleimani, the IRGC-QF commander throughout the relevant years of this case, handpicked talent from both the Badr Corps and JAM in order to create more

---

[14] The U.S. Army in the Iraq War, Vol. 2, United States Army War College Press, 639 (2019).

specialized militias. The birth of Kataib Hezbollah from Badr Corps talent and AAH from JAM gave Soleimani directly controllable action arms inside Iraq without needing to expose IRGC-QF personnel to commit attacks.

33. The Badr Corps and JAM, initially, and then later, Kataib Hezbollah and AAH, received advanced training directly from the IRGC and Hezbollah, including advanced weapons tactics such as the use of EFP devices. These trainings took place inside Iraq, as well as in specially designated camps in Iran and Lebanon. Iran leveraged several facets of its government and military apparatuses to facilitate the travel, training, and supply of these militia members.

34. In the years after the fall of Saddam, the Shia militias in Iraq continued to accelerate their lethal attacks on Coalition soldiers and contractors, under the direction of, and with assistance from the IRGC and Hezbollah.[15]

35. General Odierno, USF-I Commander, said with regards to Shia militia attacks on U.S. Forces: "Whether that's connected directly to the Iranian government — we can argue about that… but they are clearly connected to Iranian IRGC."[16] In 2007, Odierno also stated that 73% of American casualties in Baghdad were caused by IRGC-QF proxy Shia militia attacks.[17]

36. The IRGC-QF "funneled EFPs to JAM-affiliated or Special Group surrogates using Badr Corps connections . . . with a view toward the long haul, . . . [i]n short, the Iranian regime was content to fund, train, and supply all parties willing to attack the U.S.-led coalition."[18]

---

[15] "Country Reports on Terrorism 2011." Washington DC: Department of State, Office of the Coordinator for Counterterrorism (July 31, 2011), *available at* https://2009-2017.state.gov/j/ct/rls/crt/2011/195547.htm.
[16] Roggio, Bill, "Iranian-backed Shia terror group remains a threat in Iraq: General Odierno," *The Long War Journal*, July 13, 2010, *available at* http://www.longwarjournal.org/archives/2010/07/iranianbacked_shia_t_1.php.
[17] Gordon, Michael, "U.S. Says Iran-Supplied Bomb Kills More Troops," *The New York Times*, August 8, 2007, *available at* http://www.nytimes.com/2007/08/08/world/middleeast/08military.html.
[18] The U.S. Army in the Iraq War, Vol. 2, United States Army War College Press, 66 (2019)..

## VI. IRAN IS RESPONSIBLE FOR THE PRESENCE OF EFP DEVICES IN IRAQ

37. Hezbollah and the IRGC-QF worked in tandem to train, equip, finance, and direct EFP attacks against U.S. interests in Iraq. As the United States increased its armor capabilities to counteract the ever-present threat of ambush and homemade roadside explosives, the EFP became the signature weapon of Iranian-sponsored Iraqi militias.

38. Hezbollah, the IRGC-QF's premiere proxy organization, developed and deployed the first EFP devices against Israeli Defense Forces in 1998. The EFP was then introduced by Hezbollah and the IRGC-QF to Iraqi militias in 2004 for use against American and Coalition up-armored vehicles.[19]

39. In pursuit of this effort, the IRGC and IRGC-QF provided substantial financial and technical support to Shia militias, with Hezbollah serving as its premiere proxy for training and recruitment purposes. Hezbollah and the IRGC-QF trained, funded, and directed Iraqi militias on the use of EFPs and subordinated these militias to Iran.

40. By October 2005, the United States military had already determined "that not only had the [IRGC-QF] provided guidance, training, logistics, and financial support to Shi'a militants, it had also 'support[ed] two separate Iraqi EFP networks by sponsoring EFP IED training in Iran, Iraq, and Lebanon, and facilitating movement of EFP network personnel and equipment between Iran and Iraq.'"[20]

41. Less than a year later, Coalition forces in Iraq discovered a large cache of copper plates specifically designed for use in EFP devices. Analysis of these plates determined that they

---

[19] *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12, 28 (D.D.C. 2019) ("Although Hezbollah appears to have developed the first EFPs, both Iran and Hezbollah were instrumental to their use in Iraq, beginning in 2004") (citing Lutz T5-20:2-21:2).
[20] The U.S. Army in the Iraq War, Vol. 1, United States Army War College Press, 499 (2019).

9

were all milled on the same lathe in Iran.[21] Similar discoveries were made with regularity, repeatedly confirming Iran's continued infusion of EFP devices into Iraq.[22, 23, 24, 25]

42. EFPs were provided to militia groups to be used specifically against American personnel and contractors, not against Iraqis, because EFP devices are designed to be deployed against armored vehicles.[26]

43. Using American military records as a benchmark (since accurate statistics were not kept for incidents involving contractors), it is clear that EFPs accounted for a significant number of Coalition fatalities. In Iraq, between November of 2005 and the withdrawal of U.S. combat forces in 2011, 1,526 confirmed EFPs killed a total of 196 U.S. service members and wounded 861.[27, 28, 29] These numbers do not take into account substantial numbers of attacks targeting private security contractors, such as the victims in this case.

44. Iranian proxies publicly stated their roles in targeting Coalition personnel. Qays al-Khazali, the leader of AAH, bragged of his group's role in "forcing" withdrawal from

---

[21] *Id.* at 500.
[22] Kagan, Kimberly, "Iran's Proxy War against the United States and the Iraqi Government," *Institute for the Study of War* and *The Weekly Standard*, May 2006-August 20, 2007, *available at* http://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.
[23] The U.S. Army in the Iraq War, Vol. 1 at 501.
[24] The U.S. Army in the Iraq War, Vol. 2 at 274.
[25] *Id.* at 475.
[26] *Id.* at 222–23.
[27] Crain, Charles, "How Much Is Iran to Blame for Iraq?" *TIME*, February 12, 2007, *available at* http://content.time.com/time/world/article/0,8599,1588135,00.html.
[28] Weisgerber, Marcus, "How Many US Troops Were Killed By Iranian IEDs in Iraq?" *Defense One*, September 8, 2015, *available at* http://www.defenseone.com/news/2015/09/how-many-us-troops-were-killed-iranian-ieds-iraq/120524/?oref=defenseone_today_nl.
[29] Knights, Michael, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2016, *available at* http://www.washingtoninstitute.org/policy-analysis/view/iranian-efps-in-the-gulf-an-emerging-strategic-risk.

Iraq.[30,31] Similarly, Kata'ib Hezbollah often claimed credit for its attacks, threatening to continue ongoing violence until the 2011 withdrawal.[32]

45. Badr Corps Officer Abu Mustafa al-Sheibani was the man chosen by Qassem Soleimani and Hadi al-Amiri to develop a system of weapons smuggling and distribution network that would accelerate the lethal capabilities of Iraqi militias loyal to Tehran.[33] In July 2003, he received $40 million from Iran to jump start this effort.[34] The Sheibani Network, as it became known, eventually specialized in the transfer of EFP systems to militias in Iraq.[35, 36]

46. Another top-tier Badr Corps officer, Abu Mahdi al-Mohandes, was handpicked to form Kataib Hezbollah in 2007 and later commanded militias in his role as Deputy Commander of the Hashd al-Sha'abi (The Popular Mobilization Units) during the ISIS campaign. Mohandes was designated on July 2, 2009 by U.S. Treasury under executive order 13438 for terrorist attacks against the U.S. and pro-American Iraqis, including arranging to send Shia militia members to Iran for training that included learning the effective use of EFPs.[37] He was later killed in a U.S. drone strike on January 2, 2020 after his forces conducted missile attacks on a Joint U.S.-Iraqi base.

---

[30] "Qais al-Khazali," *Counter Extremism Project*, http://www.counterextremism.com/extremists/qais-al-khazali.
[31] "Notorious Iraq militia leader once held by US threatens Americans on the battlefield," *Fox News*, August 9, 2016, *available at* http://www.foxnews.com/world/2016/08/09/notorious-iraq-militia-leader-once-held-by-us-threatens-americans-on-battlefield.html.
[32] Healy, Jack, and Michael S Schmidt, "Shiite Militia Claims Responsibility for Attack in Baghdad," *New York Times*, June 10, 2011, *available at* http://www.nytimes.com/2011/06/11/world/middleeast/11iraq.html.
[33] Treasury Designates Individuals, Entity Fueling Iraqi Insurgency, U.S. Department of the Treasury (Jan. 9, 2008), *available at* https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.
[34] The U.S. Army in the Iraq War, Vol. 2 at 65.
[35] The U.S. Army in the Iraq War, Vol. 1, United States Army War College Press, 181 (2019).
[36] The U.S. Army in the Iraq War, Vol. 2, at 65.
[37] Treasury Designates Individual, Entity Posing Threat to Stability in Iraq, U.S. Department of the Treasury (Jul. 2, 2009), *available at* https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

## VII. OPINIONS AS TO THIS CASE

47.  Iran, in keeping with its long-standing tradition of supporting international terrorism as an instrument of foreign and military policy, deliberately provided material support via the IRGC-QF and Hezbollah to Shia militias in Iraq. This support included financing, weapons, recruitment, and training. A key aspect of that support was the provision of EFP devices for the purpose of targeting armored vehicles.

48.  As a result of this Iranian support, widespread EFP attacks occurred against Coalition forces and contractors in Iraq between 2004 and 2011. Without Iran's weapons, equipment, and training, Iraqi Shia militias would not have had access to weapons that were likely to be effective against armored vehicles.

49.  In addition to funneling direct support through the IRGC-QF, Iran directed its premier proxy organization, Hezbollah, to provide material support, including EFPs, to the Iraq's Shia militias for the express purpose of causing violence to disrupt American interests in Iraq.

50.  It is my professional opinion that the EFP devices at issue in this case were present in Iraq, and therefore capable of causing the damages alleged, because of the funding, training, and direction provided by Iran via the IRGC, the IRGC-QF, and Hezbollah.

51.  Therefore, within a reasonable degree of professional certainty, based on my own personal knowledge, training, education, and expertise, it is my opinion that the damages alleged in this case were direct, foreseeable, and intended consequences of Iran's concerted efforts to exert malign influence in Iraq, specifically through its systemic distribution of EFP devices into the Iraq combat theater and provision of the training needed to effectively utilize those weapons.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this __2__ day of __April__, 2021.

_____
Michael Pregent