IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN** | ) |
| | ) |
| **Defendant.** | ) |

## AFFIDAVIT OF ALLAN ROBERTS

I, Allan Roberts, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

**I.     Background**

1.     I am a British citizen, over the age of eighteen, and competent to provide testimony in a court of law.

2.     In 2010, I was working in Iraq as a member of a personal security detail under a contract issued by the U.S. Army Corps of Engineers.

3.     Prior to and after that deployment, I shared my home residence with my fiancée Bethan Johnson and our son, C.D.R., who was approximately five years old. Although Ms. Johnson and I were not legally married, I considered her in the same manner as a spouse, including with how we handled our finances, living situation, and the shared parenting responsibilities of our child.

4.     Ms. Johnson and C.D.R. are also British citizens.

1

## II.     The EFP Attack

5. On March 16, 2010, my team was performing an escort mission in a four-vehicle convoy. I was driving the fourth vehicle.

6. While we were at an Iraqi police checkpoint, an explosion detonated on the left side of our vehicle, very close to my door. The projectile from this explosion pierced our vehicle's armor.

7. As a result, I suffered a traumatic amputation of my right leg and a severe would to my left leg, which subsequently required a surgical below-the-knee amputation.

8. Later on, I learned that the individuals who investigated the scene of the explosion determined that the device used against our vehicle was an explosively formed penetrator, commonly known as an EFP.

9. I was personally provided with a copy of the attached EOD Report, detailing the results of the investigation by the explosives team.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 18 day of MARCH, 2021.

_____
Allan Roberts

2

SECRET // REL TO USA, ACGU




# JTF TROY- USD-C
## (447 EOD FLT / Team 7)
160945CMAR10

| 4/2 SBCT<br>SUPPORTED BCT | SSgt Hughes<br>TEAM LEADER | 2-23 IN<br>ON SCENE COMMANDER/UNIT |
|---|---|---|
| 38S MC 28455 04201<br>MGRS GRID LOCATION | ASR LINCOLN<br>MSR | West<br>DIRECTION OF TRAVEL |
| IED<br>TYPE OF REPORT | Explosion<br>EVENT TYPE | Other<br>METHOD OF EMPLOYMENT |

**SIGACT #:** 20100316100138SMC2830204122

**CIDNE #:** IED-20100316100138SMC2830204122

**CCIR:** DCG(O) 7

|  | CF | LN | IA/IP/NP | E | U.S. Civilian | Coalition Civilian |
|---|---|---|---|---|---|---|
| KIA | 0 | 0 | 0 | 0 | 0 | 0 |
| WIA | 0 | 0 | 0 | 0 | 0 | 2 |

SECRET // REL TO USA, ACGU

---

SECRET // REL TO USA, ACGU




# JTF TROY- USD-C
## Aerial / Map View of Site



Blast Seat 38S MC 28455 04201

**Timeline**

| EOD Notification: | 161020CMAR10 |
| EOD FOB Departure: | 161105CMAR10 |
| EOD Scene Arrival: | 161117CMAR10 |
| EOD Scene Departure: | 161445CMAR10 |
| EOD Mission Complete: | 161505CMAR10 |



SECRET // REL TO USA, ACGU




SECRET // REL TO USA, ACGU

# JTF TROY- USD-C

## Convoy

| # | Type of Vehicle | Interval Distance | Distance from IED Site or Next Vehicle | CREW Type | CREW Status | Additional Armor | PIR Defeat and Rhino Position |
|---|---|---|---|---|---|---|---|
| 1 | Armored Security Vehicle | 50M | 151M | N/A | None | B6 | On/Down |
| 2 | Armored Security Vehicle | 50M | 101M | N/A | None | B6 | None |
| 3 | Armored Security Vehicle | 50M | 51M | N/A | None | B6 | None |
| 4 | Armored Security Vehicle | 50M | .7M | N/A | None | B6 | On/Down |

SECRET // REL TO USA, ACGU




SECRET // REL TO USA, ACGU

# JTF TROY- USD-C

## Scene Diagram



SECRET // REL TO USA, ACGU

**ROBERTS 002**




SECRET // REL TO USA, ACGU

# JTF TROY- USD-C

## Scene Diagram



SECRET // REL TO USA, ACGU




SECRET // REL TO USA, ACGU

# JTF TROY- USD-C

## Narrative / Background

SECRET // REL TO USA, MCFI. The EOD Team responded to a Post Blast at 38S MC 28302 04122 ISO 2-23 IN. The EOD Team responded to an EFP strike on an armored British contractor (AEGIS) SUV with 2 WIA reported. The Team arrived on scene, conducted 5/25s and deployed the Talon robot to investigate the area. The IA BDC was not on scene and no hazards were discovered. The Team performed a mounted recon of the area and found no hazards. Under cover of CREW, the EOD Team Leader dismounted and manually cleared the scene. The incident occurred at an SOI checkpoint that was left unattended for more than 48 hours. Due to the damage and frag associated with the scene, the device was likely placed in a HESCO barrier at the checkpoint. No positive means of initiation was discovered, and the components were most likely consumed by the explosion. The Toyota Land Cruiser was the fourth vehicle in the convoy and was struck on the driver's door at an approximately 90 degree angle. All of the evidence collected was transferred to WIT 6.

SECRET // REL TO USA, ACGU




SECRET // REL TO USA, ACGU

## JTF TROY- USD-C

### EOD Team Leader Observations

| Initiator | Detonator | Main Charge | Power Source | Container |
|---|---|---|---|---|
| UNK | UNK | Approx. 20lbs. UBE | UNK | HESCO Barrier |

SECRET // REL TO USA, MCFI. Because the check point was unmanned for over 48 hours, the enemy had ample opportunity to bury the device in the HESCO barrier. The device was most likely placed to target "soft" armored vehicles. No vehicles in the convoy possessed CREW and were susceptible to remote initiation. No initiating components were discovered, they were most likely consumed in the blast. Due to the estimated placement height and attack angle, the EFP would have been ineffective against military MRAPs. The damage sustained to the HESCO barrier is consistent with approximately 20 lbs of UBE.

SECRET // REL TO USA, ACGU




SECRET // REL TO USA, ACGU

## JTF TROY- USD-C



SECRET // REL TO USA, ACGU

**ROBERTS 004**

SECRET // REL TO USA, ACGU

 **JTF TROY- USD-C** 

## Photographs of Scene

| Front view of damaged vehicle. |  |

SECRET // REL TO USA, ACGU

---

SECRET // REL TO USA, ACGU

 **JTF TROY- USD-C** 

## Photographs of Scene

| Rear view of the damaged vehicle. |  |

SECRET // REL TO USA, ACGU

**ROBERTS 005**

SECRET // REL TO USA, ACGU



# JTF TROY- USD-C



## Photographs of Scene

The Drivers side view of the damaged vehicle. Preexisting hole in vehicle covered by welded on armor. When the EFP hit the spot, welding failed and entire plate was pushed into the cab of vehicle.



SECRET // REL TO USA, ACGU

---

SECRET // REL TO USA, ACGU



# JTF TROY- USD-C



## Photographs of Scene

The Passenger side view of the damaged vehicle. No EFP exit hole.



SECRET // REL TO USA, ACGU

ROBERTS 006

SECRET // REL TO USA, ACGU




# JTF TROY- USD-C

## Photographs of Scene

Blast Seat.



SECRET // REL TO USA, ACGU

SECRET // REL TO USA, ACGU




# JTF TROY- USD-C

## Photographs of Scene

Blast Site.



SECRET // REL TO USA, ACGU

**ROBERTS 007**




SECRET // REL TO USA, ACGU

## JTF TROY- USD-C

### Photographs of Scene

Secondary fragmentation to the Guard Shack.



SECRET // REL TO USA, ACGU




SECRET // REL TO USA, ACGU

## JTF TROY- USD-C

### Photographs of Scene

Likely Firing Point. Foot prints and cigarette pack found by dismounts.



Possible Firing Point.

SECRET // REL TO USA, ACGU

ROBERTS 008