IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAN ROBERTS et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:20cv1227 |
| ISLAMIC REPUBLIC OF IRAN | ) |
| Defendant. | ) |

## AFFIDAVIT OF ABDUL GHAFFAR MUGHAL

I, Abdul Ghaffar Mughal, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

### I. Background

1. I am a United States citizen, over the age of eighteen, and competent to provide testimony in a court of law.

2. In 2011, I was employed under a United States government contract in Iraq as civilian contractor working with the Iraq Financial Development Program.

3. My wife, Sitorai Khasanzod, and my children named in this suit, Khalid Mughal, Hamid Mughal, Andela Mughal, N.M., and M.M., are also United States citizens.

### II. The EFP Attack

4. On the morning of June 23, 2011, I was offering my consulting and advising services at Mustansiriya University in Baghdad, Iraq. Shortly after noon local time, we informed our security detail that we were ready to return to our secured housing compound.

5. As the convoy left the university campus, I was seated in the rear passenger-side seat of the second vehicle alongside my colleague.

1

6. Shortly into our return trip, without warning, a large explosion occurred outside the left side of our vehicle.

7. My colleague, who was seated to my right, was killed instantly, and I suffered a broken hand, partial loss of hearing, and a variety of shrapnel injuries.

Signed this **1st** day of **April**, 2021.

_____  Abdul Ghaffar Mughal
Abdul Ghaffar Mughal

STATE OF **Texas**
COUNTY/CITY OF **McLennan**

I, **Alexandria Chester**, a Notary Public in and for the County/City aforesaid, in the State of **Texas** do certify that the above-named individual, who proved to me on the basis of satisfactory evidence to be the person who appeared before me, whose signature appears above, has acknowledged the same before me

My commission expires on the **29th** day of **September**, 20**24**

_____
Notary Public

Notary Registration #: **13270207-5**



Alexandria Chester
ID NUMBER
13270207-5
COMMISSION EXPIRES
September 29, 2024

Notarized online using audio-video communication

2