IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAN ROBERTS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF GEORGE KIESER

I, George Kieser, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

### I. Background

1. I am a South African citizen, over the age of eighteen, and competent to provide testimony in a court of law.

2. In 2006, I was working in Iraq as a member of a personal security detail for a United States government contractor.

3. My wife, Maggie Kieser, and my children, Emogene Boje, Sone Smith, Gavin Smith, and my siblings, Johannes Kieser, Hester Hart, and Arnoldus Kieser, are also South African citizens.

### II. The EFP Attack

4. On January 4, 2006, our four-vehicle convoy was returning to our residence at the Al Sadeer Hotel in Baghdad after successfully completing an escort mission. I was stationed as the left rear shooter of the lead vehicle.

5.  As we approached the Olympic Bridge, not too far from our compound, an explosion detonated behind me, disabling the third vehicle in our convoy.

6.  We quickly returned to the scene of the explosion and I assisted in setting up a secured perimeter around the disabled vehicle.

7.  As I was investigating the immediate area, a second explosion detonated approximately thirty or forty feet from where I was standing. This blast knocked me to the ground and I lost consciousness. I injured my knee in this blast, damaged my hearing, and suffered a traumatic brain injury.

8.  Photographs I took of the damage to our vehicle are attached.

9.  During my time in Iraq, I was also present for or responded to a variety of other attacks, each of which has contributed to my acute post-traumatic stress disorder.

10.  On November 22, 2004, I was present in the vehicle with Leon Botha when we were struck by a roadside explosive. The limo we were riding in was heavily armored, but was thoroughly pierced by substantial amounts of shrapnel. I was later told by United States Marines that they had confirmed the device used in that attack to be a "shape charge," also known as an EFP.

11.  I was also present for an attack on November 14, 2005 that occurred in front of the Iranian Embassy. Three of colleagues were killed in that incident. In all, I lost at least seven of our team members to confirmed EFP attacks.



2

Signed this 12th day of March, 2021.

_[signature]_
George Kieser

STATE OF Republic of South Africa (RSA)
COUNTY/CITY OF Hoopstad, Free State

I, Elizabeth Catharina Joubert, a Notary Public in and for the County/City aforesaid, in the State of RSA do certify that the above-named individual, who proved to me on the basis of satisfactory evidence to be the person who appeared before me, whose signature appears above, has acknowledged the same before me

My commission expires on the 12th day of March, 2021

_[signature]_
Notary Public

Notary Registration #: 58276

[Notary Seal: ELIZABETH CATHARINA JOUBERT — NOTARIS PUBLIEK — NOTARY PUBLIC — HOOPSTAD]

3



**KIESER 001**



**KIESER 002**



**KIESER 003**



**KIESER 004**



**KIESER 005**



**KIESER 006**