IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN** | ) |
| | ) |
| **Defendant.** | ) |

## AFFIDAVIT OF LEON BOTHA

I, Leon Botha, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

**I.    Background**

1. I am a South African citizen, over the age of eighteen, and competent to provide testimony in a court of law.

2. In 2004, I was working in Iraq as a member of a personal security detail for a United States government contractor.

3. My wife, René Botha, and my children, Brendon Botha and Leanelle Botha, are also South African citizens.

**II.    The EFP Attack**

4. On November 20, 2004, my team was returning to our residence at the Baghdad Hotel after successfully completing an escort mission. I was driving the armored limo, the second vehicle in our four-vehicle convoy.

5. We crossed over the Olympic Bridge, turned towards our destination, and then an explosion detonated on my side of our vehicle.

6. The armor of our limo was immediately and extensively pierced by the explosion. I was hit in the face and neck with shrapnel and the other occupants were also injured, with one sustaining a broken arm. Our vehicle was completely disabled and had to be pushed out of the area by one of the two vehicles behind us.

7. In addition to my shrapnel wounds, I sustained a traumatic brain injury as a result of the sudden impact of the blast.

8. Photographs I took of the damage to our vehicle are attached. Also included is a blurry photograph of several copper pieces I collected from around and inside the vehicle.

9. I was later informed by members of the United States military that the device used in this incident was determined to be an explosively formed penetrator ("EFP"). This conclusion was noteworthy because it was one of the first instances of an EFP being used in Iraq.

10. Approximately one year later, on November 14, 2005, I was part of the security team that responded to another roadside explosive event. That attack took place near our compound, so we arrived on scene about three minutes after the explosion. I was responsible for securing the area and cleaning up from the extensive casualties caused by that attack, which included four deaths.

11. In the days after this attack, I was informed by American military personnel that copper residue was found on the targeted vehicle, which confirmed to them that an EFP was used as part of the attack. I was also told that it was suspected that Iranian diplomatic personnel participated in preparing and executing this incident, which took place in front of the Iranian embassy compound.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 24th day of MARCH, 2021.

_____
Leon Botha



BOTHA 001



BOTHA 002



BOTHA 003





BOTHA 005



BOTHA 006



BOTHA 007



BOTHA 008



BOTHA 009



**BOTHA 010**