IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN** | ) |
| | ) |
| **Defendant.** | ) |

### SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PROPER PARTY

COMES NOW, Stephan Brink, Executor of the Estate of Estelle Brink, by counsel, to file this Suggestion of Death and Motion to Substitute Proper Party, and in support thereof states as follows:

1. Estelle Brink, prior to her passing, was named as a plaintiff in this action due to her status as the sister of a victim of an act of state-sponsored terrorism.

2. Tragically, Estelle Brink died on July 16, 2020.

3. On June 29, 2021, her son, Stephan Brink, qualified to serve as the Executor of her Estate, as evidenced by the Letters of Authority attached hereto as "Exhibit A."

4. Under Federal Rule of Civil Procedure 25(a), Stephan Brink, Executor of the Estate of Estelle Brink, should be substituted as the proper party for the decedent.

5. Defendant, the Islamic Republic of Iran, is in default in this matter and therefore need not be notified or served with this pleading. Plaintiffs in this matter, by counsel, have been notified of this request and consent to the relief sought herein.

WHEREFORE, Stephan Brink, Executor of the Estate of Estelle Brink, hereby requests that this Court enter the attached proposed order and substitute Stephan Brink, Executor of the Estate of Estelle Brink as the proper party in place of Plaintiff Estelle Brink.

2

                                              Respectfully submitted,

                                                  /s/ Kevin A. Hoffman_____
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs*