**the doj & cd**
Department:
Justice and Constitutional Development
REPUBLIC OF SOUTH AFRICA

**J85**

**MASTER OF THE HIGH COURT: JOHANNESBURG**
Private Bag X 5, Hollard Building, No 66 MARSHALL STREET, JOHANNESBURG, 2107
• Tel 011 429 8000   • Fax 011 492 3531

| | | |
|---|---|---|
| **My Reference:** | 017276/2021 | **Masters Office Box:** |
| **Your Reference:** | | |
| **Enquiries:** | | |
| **E-mail** | MasterJohannesburg@justice.gov.za | |

**STEPHAN BRINK**
**170 BELL STRAAT NOORDHEUWEL**

**KRUGERSDORP**
**1740**

2021 -06- 29

Meneer/Menere/Mevrou/Mejuffrou
Sir/Sirs/Madam

**BOEDEL *WYLE/ONDER VOOGDYSKAP/ONDER KURATORSKAP**
**ESTATE *LATE/UNDER TUTORSHIP/UNDER CURATORSHIP**

**ESTELLE BRINK**                                          NO:  017276/2021

Items gemerk 'X' is aangeheg.
Items marked 'X' is attached.

- [X] Eksekuteursbrief / Letters of Executorship.
- [ ] Vorm / Form J 193
- [ ] Boedelbelastingopgawe / Estate Duty Return.
- [ ] Opdragte kragtens artikel 18(3), Wet No. 66 van 1965 / Directons in terms of section 18(3), Act No.66 of 1965.
- [ ] Magtiging tot oordrag van aandele kragtens artikel 25, Wet No.66 van 1965 / Authority to transfer shares in terms of section 25, act No. 66 of 1965.
- [ ] Geëndosseerde volmag / Endorsed power of attorney.
- [ ] Sertifikaat van Aanstelling as*Voog/Kurator/Certificate of appointment as *Tutor/Curator.
- [ ] Buitelandse Eksekuteursbrief geëndosseer kragtens artikel 21, Wet No.66 van 1965 / Forgein Letters of Executorship endorsed in terms of section 21 Act No. 66 of 1965.
- [ ] Liquidation and Distribution/Statement of Assets and Liabilities is due on or before ..........................
- [ ] Discharge Certificate
- [ ] Sertifikaat van Aanstelling as Trustees / Certificate of Appointment as Trustees
- [ ] Certified copies of Letters of Executorship and Will for use outside the Republic of South Africa

Die Uwe/Yours faithfully

**MASTER OF THE HIGH COURT: JOHANNESBURG**
URN: 9922021EST017276

G.P.-S. 003-0317                                                               J170



REPUBLIC OF SOUTH AFRICA

## MAGTIGINGSBRIEF
## LETTERS OF AUTHORITY

[Artikel 18(3) van die Boedelwet, No, 66 van 1965 (soos gewysig)] [Section 18(3) of the Administration of Estates Act, No. 66 of 1965 (as amended)]

No: **017276/2021**

HIERBY WORD GESERTIFISEER dat
THIS IS TO CERTIFY that

**STEPHAN BRINK**    ID: **7412255095085**

**N/A**    ID: **N/A**

behoorlik gemagtig word om die bates in die Boedel wyle
has/have been duly authorized to take control of the assets of the Estate of the late

**ESTELLE BRINK**

Identiteits No: / Identity No: **5401050039085**

wie oorlede is op / who died on: **16 JULY 2020**

en nagelate gade / and surviving spouse: ............

Identiteits No: / Identity No: ............

soos in die inventaris by my ingedien, vermeld, onder beheer te neem, die boedelskulde te vereffen en eiendomsreg van die restant aan die erfgenaam/erfgename ingevolge die geldende reg oor te dra.

As reflected in the inventory filed with me, to pay the debts, and to transfer the residue of the estate to the heir/heirs entitled thereto by law.

| BATE(S) / ASSETS | BEDRAG/AMOUNT |
|---|---|
| HOUSEHOLD FURNITURE AND EFFECTS | R 10000.00 |

Asst. Meester van die Hooggeregshof : **JOHANNESBURG**
Asst. Master of the High Court

PS/NS:
Waar vaste eiendom betrokke is, moet in gedagte gehou word dat oordrag daarvan in die Akteskantoor geregistreer moet word. Vuurwapens moet gelisensieer word.
In cases involving immovable property, it must be borne in mind that transfer thereof must be registered in the Deeds Office. Firearms must be properly licensed.

DEPARTMENT OF JUSTICE AND CONSTITUTIONAL DEVELOPMENT
URN: 9922021EST017276

APPROVED BY:    MARTHA MABUNDA
DATE APPROVED: 29 JUNE 2021

