IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAN ROBERTS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| Defendant. | ) |

### ORDER TO SUBSTITUTE PROPER PARTY

THIS MATTER having come before the Court on a Suggestion of Death and Motion to Substitute Proper Party, following the untimely death of Plaintiff Estelle Brink, and for good cause shown, pursuant to Federal Rule of Civil Procedure 25(a), it is hereby ORDERED and ADJUDGED that Stephan Brink, Executor of the Estate of Estelle Brink, is hereby substituted as the proper party in place of his deceased.

It is SO ORDERED on this 8th day of July, 2021.

_____
Judge, United States District Court