G.P.-S 003-0317



REPUBLIC OF SOUTH AFRICA

### EKSEKUTEURSBRIEF
### LETTERS OF EXECUTORSHIP
**(Artikel 13 en 14 van die Boedelwet, No 66 van 1965)**
**(Section 13 and 14 of the Administration of Estates Act, No 66 of 1965)**

Estate No: ................................ **029155/2021** ........................................

**HIERBY WORD GESERTIFISEER dat**
**THIS IS TO CERTIFY that**

## PETRUS JOHAN VAN DER WESTHUIZEN - 7504135141087 (ID)

behoorlik aangestel is as
has/have been duly appointed

**EKSEKUTEUR/EKSEKUTRISE**
**EXECUTOR/EXECUTRIX**

en as sodanig gemagtig is om die Boedel van wyle
and is/are hereby authorised as such to liquidate and distribute the Estate of the late

## CHRISTIAAN JACOBUS OOSTHUIZEN

Identiteits No:
Identity No: **6612295115089** .................................

wie op
who died on: **28 SEPTEMBER 2021** ...........................

oorlede is, te beredder en verdeel.

**Asst. Meester van die Hooggeregshof**
**Asst. Master of the High Court** ─── **: JOHANNESBURG**

Aandag word gevestig op die bepalings van artikel 102.
Attention is directed to the provisions of section 102.

MEESTER VAN DIE SUID-GAUTENG
HOOGGEREGSHOF
**BARNARD APHANE**
Assistant Master

**2021 -10- 2 6**

JOHANNESBURG
**MASTER OF THE SOUTH GAUTENG**
HIGH COURT

DEPARTMENT OF JUSTICE AND CONSTITUTIONAL DEVELOPMENT
URN: 9922021EST029155

APPROVED BY:   BARNARD APHANE
DATE APPROVED: 26 OCTOBER 2021

J238