UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLAN ROBERTS,
*et al.*,

    *Plaintiffs,*

v.

THE ISLAMIC REPUBLIC OF IRAN

    *Defendant.*

Case No. 1:20-cv-1227-RCL

## FINDING OF LIABILITY

For the reasons set forth in the Court's Memorandum Opinion issued this date, the Court hereby **GRANTS IN PART** and **DENIES IN PART** the plaintiffs' motion [16] for default judgment. Specifically, the Court holds as follows:

1. As to Counts I to XIII, defendant Iran is **LIABLE** to plaintiffs Allan Roberts, Jaco Botes, Steven Crowley, John Jameson, Abdul Ghaffar Mughal, George Riekert, the Estate of Christiaan Oosthuizen, George Kieser, Johann Steenberg, Leon Botha, Dean Capazorio, Pierre Du Plessis, and Schalk Bruwer under 28 U.S.C. § 1605A(c) for the extreme mental anguish, physical injury, and pain and suffering resulting from Iran's material support for attacks with explosively formed penetrators ("EFPs").

2. As to Count V, defendant Iran is **LIABLE** to plaintiffs Sitorai Khasanzod, Khalid Mughal, Hamid Mughal, Angela Mughal, N.M., and M.M. under 28 U.S.C. § 1605A(c) for the extreme mental anguish and harm, loss of solatium, and loss of affection resulting from Iran's material support for attacks with EFPs.

3. As to Count XIV, plaintiffs' motion for default judgment is **DENIED** without prejudice. Plaintiffs have not provided the Court with evidence of British, South African, or Iraqi law that could govern their claims for intentional infliction of emotional distress.

It is **SO ORDERED**.

SIGNED this 24th day of January, 2022.

_____
Royce C. Lamberth
United States District Judge