# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Case No. 1:20cv1227 (RCL)** |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## SIXTH STATUS REPORT

COME NOW Plaintiffs, by counsel, to provide the following status update in response to the Order of April 22, 2022 requiring Plaintiffs to "submit a status report within thirty (30) days, and every thirty (30) days thereafter, detailing their efforts to provide proof of damages to the Special Master." ECF No. 28. Plaintiffs, by counsel, hereby notify the Court that:

1.      On May 10, 2022, counsel for Plaintiffs held a phone conference with Mr. Alan L. Balaran, the appointed Special Master, to determine the proper way to proceed with the presentation of damages evidence. Plaintiffs immediately set to work gathering the necessary materials.

2.      Since then, Plaintiffs' counsel has submitted supporting medical documentation and sworn affidavits describing those damages for the Special Master's consideration.

3.      Plaintiffs' counsel has also retained a forensic economist for the purpose of determining the extent of economic damages, if any, applicable for each of the Victim Plaintiffs.

4.      Plaintiff's counsel awaits the receipt of the economist reports, which are expected to be received within the next two weeks. Once completed, Plaintiffs' counsel will forward these reports to the Special Master for consideration. The submission of those reports will complete the anticipated evidentiary presentation.

2

5.       Pursuant to the ongoing obligations contained within the Court's Order of April

22, 2022, Plaintiffs shall file a subsequent status update within thirty (30) days regarding the

progress in their efforts to provide the Special Master with proof of damages.


                                        Respectfully submitted,

                                              /s/ Kevin A. Hoffman_____
                                        Randy D. Singer (DCD Bar No. VA057)
                                        Kevin A. Hoffman (DC Bar No. 1044559)
                                        SINGER DAVIS, LLC
                                        1209A Laskin Road
                                        Virginia Beach, VA 23451
                                        Phone: (757) 301-9995
                                        Fax: (757) 233-1084
                                        Email: randy.singer@singerdavis.law
                                        Email: kevin.hoffman@singerdavis.law
                                        *Counsel for Plaintiffs*