## EXPERT AFFIDAVIT OF MOHAMMED JUMA ABED

I, MOHAMMED JUMA ABED, have personal knowledge of the facts and circumstances described herein and, if called, would testify in open court to the same. I swear or affirm:

**I.    QUALIFICATIONS & EXPERIENCE**

1.    I am an Iraqi attorney with sixteen years of experience in the legal profession.

2.    I have participated as a legal expert in several workshops aimed at writing the Iraqi compensation laws for victims of terrorism and was asked to assist with writing the USAID Iraq Access to Justice legal handbook.

3.    Because of my role as a legal expert, I have been interviewed many times for television programs on issues of Iraqi law.

**II.    DOCUMENTS REVIEWED & METHODOLOGY**

4.    I personally participated in a video conference with Plaintiffs' counsel to discuss the specific areas of Iraqi law relevant to the issues at hand. I was asked to determine whether immediate family members of victims of terrorist attacks have a cognizable claim for relief under Iraqi law for the impacts caused by injuries to their loved ones and/or their own emotional distress.

5.    I prepared a memorandum explaining my perspective on the application of Iraqi law to the relevant issues. Although I speak, read, and write English, I prepared the memorandum in my primary business language, Arabic, and arranged for its formal translation into English. The true, authentic, and accurately translated copy of that memorandum is attached following this Affidavit.

## IV.   MY OPINIONS

6.      As explained in far more detail in my memorandum, it is my opinion that the concept of moral damage in civil liability under Iraqi law would allow immediate family members of those targeted by terrorist attacks a claim for relief under Iraqi law for the injuries to their loved ones as well as their own emotional distress.

7.      Moral damage under Iraqi law is that which impacts the "non-financial interest" of an individual. This specifically includes damages resulting from injuries inflicted upon a family member, even in the case of a negligent act. Such damages may include injuries to the feelings, emotions, and/or dignity of another.

8.      Similar to the American legal framework, such claims under Iraqi law would require proof of a harmful act with a causal relationship to the plaintiffs' damages. It is my opinion, to a reasonable degree of professional certainty, that this standard could be satisfied by an individual who suffered emotional distress due to a terrorist attack against an immediate family member.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this __4th__ day of ___August___, 2022.


_____
MOHAMMED JUMA ABED

2

# Compensation for moral damage in civil liability according to the Iraqi Civil Code

**Attorney: Mohammed Jummah Abed**

## Chapter One

### The concept of compensation for moral damage in civil liability

Damage is a harm inflicted on a person that affects one of his rights or a legitimate interest, so the damage is the main pillar of civil liability. It is possible for responsibility to be decided without error, as it nevertheless cannot be established, regardless of its basis, without harm and this what reason and mind would apply. As reason cannot visualize that liability would be established on an act that would not reflect harm even if it was just an error. On the basis of that, we will divide this chapter into two requirements; in the first requirement, we will talk about the definition of moral damage and its legal adaptation. In the second requirement, we will talk about the conditions for compensation for moral damage and the types of compensations for moral damage.

### First Requirement

### Definition of Moral Damage in civil liability and its adaptation

This requirement will be divided into two parts; in part one we will address the definition of Moral Damage while in part two we will deal with the Legal adaptation of compensation for moral damage.

1

**Part one**

**Definition of Moral Damage in Civil Liability**

Moral damage is defined in Article 205 of the Iraqi Civil Code as harm that affects the non-financial interest of the damaged person, or it is a harm that may affect the body, causing distortion in it, causing the victim to suffer for this, or it may affect the person in his honor, in his consideration, in his honor or in his family, as it may It afflicts him in his affection, which in general is the pain and sadness that afflicts a person. For example, if the doctor divulged a secret to the patient, it is not permissible to divulge it, then here the victim suffers moral damage to his reputation, and this damage must be compensated. The harm that befalls the patient as a result of the doctor's mistake includes material damage, i.e. losses and expenses of treatment and medicine incurred by the patient. Admit compensation for moral damage in tort.

It is also defined as that harm that is caused to a person in his dignity, honor and morals, such as if a person publishes an inappropriate image on the social media of another person, which harms him in his morals and social status among people. In the past, legal jurisprudence excluded the idea of compensation for moral damages; Because these damages lie within the human soul and it is difficult to redress and estimate them to compensate for them, but after the development witnessed by civil liability, especially in the field of compensation for tort liability, it was necessary to compensate for moral damages as compensation for material damages (), or by resorting to There are practical means through which he is rehabilitated, but if the moral damage is accompanied by material damage, such as the mutilation of a man in his face, since although the damage occurred on a part of his body, it was accompanied by damage that may lie in himself as if he proposes to a girl and she

2

rejects him because of this distortion, then the jurisprudence went Towards moral compensation in the same way as moral compensation is estimated.

It also includes the harm caused to a person as a result of the death of one of his close relatives as a result of a direct or indirect error, for example the death of one of them as a result of an unintended car accident. Here the error is direct and worthy of compensation, or the death of one of their son as a result of being electrocuted as a result of damage to one of the electricity poles of his city. Here he files a lawsuit against The Ministry of Electricity and compensated by the Ministry as a result of an indirect error

## Part two

## Legal adaptation of compensation for moral damage in civil liability in Iraqi law

There are three trends in the issue of legal adaptation of compensation for moral damage to the trends of the judiciary in Iraq in the field of civil liability, and they are as follows:

The first direction: Its companions see that the definition of moral damage appears by mentioning its most important forms and types. This is why those who said in this direction know it as ((the harm that does not affect a person with his money, but rather in his honor, reputation, affection, or social position)). Some proponents of this go The tendency to say that moral damage is what afflicts a person in his feelings, feelings, dignity or affection, as if he lost a person dear to him, i.e. what the illegal act causes to the victim in terms of pain and grief, as a result of violating his reputation or depriving him of enjoying the blessing of the one who supports him or the breadwinner, other than him, or harming his dignity, or diminishing his financial

position, and consequently what befalls a person in his honor, his reputation, and his esteem."

The second trend: Its owners go to say that moral damage is ((the damage that does not prejudice the financial liability, in other words, every breach of a non-financial interest).

That is, the owners of this trend know the moral harm through the opposite view of the material harm that is related to the financial liability of the person, and from the definitions that were said in this regard as well, that moral harm is "that harm that does not affect the person in his money." It was also defined as "that" Damage to a person's feelings, feelings, honor, honor, dignity, reputation, or social status, i.e., in one of the moral rights that are not based on money.

Accordingly, moral damage is of several types, some of which affect a person's social entity, such as an insult to honor, and some that affect a fixed right of a person, such as his name or his privacy, and some that affect feelings and emotions such as the pain that a person suffers due to the death of a loved one, and some that affect the body even if it does not affect the ability to Work as a face distortion.

The third trend: Its owners view that moral harm is harm to non-financial rights, so it is defined as ((the harm that does not affect a person in one of his financial rights, but in his feelings, emotions, honor, honor, dignity, reputation, and social status)).

And the last trend in his definition of moral damage is the most likely, so it is not necessary for the moral damage to be a violation of one of the rights of the injured, but rather that it suffices to be a violation of an interest that does not rise to the level of the right provided that the interest is legitimate, after presenting these trends in the definition of moral damage it becomes clear For us, each trend tried to define it from a certain angle. The first trend focused on enumerating the images of moral

4

damage, while the second trend focused on the opposite view of material harm. Everything that is non-material harm is moral damage, and the third trend focused on the right that is in place. For harm, every harm that occurs to a non-financial right is moral harm, as it is known that every prejudice to a right or a legitimate interest causes the right or interest owner harm in his social position, affection, or feeling, even if it does not cause him a financial loss.

## Second Requirement

### Conditions of compensation of Moral Damage in Civil Liability

This requirement will be divided into two parts; the first will deal with conditions of moral compensation, while the second will tackle the types of moral compensation.

## Part one

### Conditions of Moral Damages Compensation in Civil Liability

Compensation for moral damage in civil liability must meet the following conditions:

1 The damage is not due: for the harm inflicted on the person to be legally entitled to be compensated, it must be due, meaning that the person inflicts immediate and urgent damage, it is not possible to compensate for damage that did not happen or is likely to occur in the future.

2- Direct damage: One of the conditions for entitlement to compensation is that the damage be direct; meaning that the harmful act directly results in harm; Because it is possible that the harmful act may not result in any harm to the person, or that it may result in many damages to the affected person, the harmful act may not be the one who caused it, it is not possible to compensate for these damages. In many cases,

the mistake that occurs on the part of someone may cause in a series of damages, including direct damages and indirect damages, as well as expected damages and unexpected damages

3- Legitimate interest The damage must be inflicted on a legitimate interest protected by law and not violating public order and morals, and in the event that it violates the law, it is not possible to compensate for it. caused by illegal activities

4- This harm or abuse must make his position worse than it was, because he detracted from the advantages or powers conferred upon him by the right or that interest. If the act affected by it is replaced by a harm that is more harmful and less harmful than it, then it is not considered a harmful act and does not require compensation. That is, according to the Iraqi civil law, the legislator exempted him from compensation by an explicit legislative text and left the court to decide the amount of compensation even in the event that the more severe damage was paid with the lesser damage.

## Part Two

## Types of moral damage compensation in civil liability

First: in-kind Compensation: - It is the return of the situation to what it was before the occurrence of the damage and compensation in kind leads to the fulfillment of the obligation in kind, and the fulfillment of the obligation in kind is the origin of contractual obligations. The fulfillment of the obligation in kind can fall within the framework of non-contractual obligations as well. If the debtor breaches his obligation not to harm others, such as if a person builds a wall in order to arbitrarily block light and air from his neighbor, he may be ordered to pay compensation in kind, that is, to restore the situation to the way it was before the damage occurred,

by removing the wall and demolishing it at the expense of those who built it. If the injured person demands compensation in kind - and it was possible - the judge must rule on it. But the judge may not force the debtor to accept compensation in kind, The victim is not obligated to request compensation in kind; Especially if the official did not submit it() and that the judge has the authority to choose the method of compensation that he deems better than others in order to redress the harm inflicted, taking into account the victim's request and the circumstances surrounding the occurrence of the illegal act, the injured person deserves compensation for the damage he sustained as a result of breaching a contractual obligation or as a result of an unlawful act from the date of the injury, not from the time the award was issued for compensation in the liability suit, It does not include indirect damage except in exceptional cases stipulated by law, as is the case in damage resulting from ionizing radiation or radiation sources. Harm resulting from the radioactive properties or mixing the radioactive properties with the toxic, explosive or other dangerous properties of a radiation source inflicting on a person It causes him or himself a permanent or temporary disability or leads to the loss of life or causes him direct or indirect material or economic damages or damages the environment or property and causes destruction, vandalism or damage to it, including the costs of restoring the condition and the costs of measures Avoidance of damage, and compensation includes the loss and gain of the victim. If the police arrested an artist on his way to a concert, then it turns out that he has nothing to do with the crime for which he was arrested; He has the right to claim compensation from the official (the Ministry of the Interior, or the entity to which the police is affiliated) for the loss that he suffered, which may often be moral damage; And about the profit he missed, which he would have earned as a result of reviving that party. The compensation in contractual liability includes the damage normally expected at the time of contracting.

Compensation for a consideration: If the compensation in kind leads to the erasure and removal of the damage; the compensation in return aims to redress the damage. The consideration in this compensation may be cash or non-cash. Non-monetary compensation is often judged for moral reparation, for example, when the judge decides in his ruling to publish the ruling condemning the official in any attack on the sanctity of the private life of individuals, such as imposing guarding and imposing confiscation. The judge shall rule on it when it is not possible to award compensation in kind, or when the injured party does not request compensation in kind. The principle for monetary compensation is that it is a monetary amount that the defendant pays once to the injured party. However, it allowed the judge to order an instalment cash compensation, or a salary income for life. For example, if the illegal act leads to the injured person's total inability to work, the judge may rule on the official in such a case with a salary income for the life of the injured person. The judge may require the official to provide insurance for the wrongful act in principle and imprisoned him in order to secure compensation for damages resulting from a criminal offence. If a motorist ran over a person, and then it was found that he was carrying a large amount of money, and this was proven before the judiciary, the driver is obligated to compensate him for that amount even if he did not expect during the accident that he was a He may be carrying such an amount. In its judgment regarding the estimation of compensation, the court must indicate the elements of damage for which compensation is required, and discuss each element independently, but the court is not obligated to estimate special compensation for each of these elements, and it has the right to award a total compensation for all those elements that are due Compensation for the victim. If the judge is not subject in his estimation of compensation to the oversight of the Court of Cassation - given that it is one of the material facts that are subject to the judge's discretion - then determining the elements of compensation is one of the legal issues in which the judge is subject,

8

and when the judge assesses compensation, he must take into account the circumstances. But the jurisprudence differed about what is meant by the circumstances, into two groups. The first group considers that what is meant by the circumstantial circumstances are the personal circumstances of the injured person only, so these circumstances alone enter into the estimation of compensation; this is because compensation is measured by the amount of damage sustained by the victim. Such circumstances are the case of the injured, physical, health, family, and financial.

As for the second group, what is meant by the circumstances are the circumstances specific to the injured, as well as the circumstances of the responsible, including the severity of the error, and the financial condition of the official. Some supporters of the second party believe that what is meant by the circumstances are the personal circumstances of the injured party and the official. However, the circumstantial circumstances related to the official have a secondary consideration in estimating compensation, and the proportionality between compensation and damage requires that the judge assess the full damage when estimating compensation; Therefore, the amount of compensation - after estimating it - must be equal to the damage.

Therefore, the judge must estimate the compensation for the value of the damage according to what happened to him at the time of the ruling, and therefore it takes into account the aggravation or decreasing of the damage from the day it occurred until the day the ruling was issued. That is, the lesson in estimating compensation is at the time of issuing the judgment, not at the time of the occurrence of the damage or the time of the claim for compensation. Therefore, it is not permissible for the judge to estimate compensation for less than the value of the damage, and if the judge is not allowed to order a lower compensation; It is not permissible for him to award compensation to the aggrieved party more than the damage, otherwise the

official has the right to recourse against the aggrieved party for what exceeded according to the lawsuit for enrichment without cause. If at the time of the judgment the judge was not able to determine definitively the extent of the compensation; He has the right to reserve for the injured party the right to demand, within a certain period, a reconsideration of the assessment, and if the judge does not reserve this right for the injured party.

Then the damage will become worse in the future after the judgment has acquired the final degree. The injured person or his heirs have the right to recourse against the official under a new lawsuit to claim compensation for the new damage. If the damage decreases, Compensation may not be reconsidered, and it follows from the principle of proportionality between compensation and damage that it is not permissible to combine two compensation, but it is permissible to combine compensation with another amount that does not qualify as compensation. For example, it is not permissible to combine compensation and alimony, just as it is not permissible to combine compensation with arbitrary compensation, and it is not permissible to combine compensation and government aid, and it is not permissible for the injured party to combine compensation and the amount of insurance if the insurance is money. While it is permissible for the injured party to combine the compensation and the amount of insurance if it is life insurance, it is also permissible to combine the compensation with the end-of-service gratuity, as well as the compensation and the retirement pension. The heirs may also combine the compensation awarded to them according to the rules of tort liability and the compensation that is allocated to them by the party for which the victim was working, because the two reasons are different.

## Chapter Two

## Provisions of Moral Damages Compensation in Civil Liability

Recourse to a claim for compensation means the authority to resort to the judiciary to obtain a correct report or to protect it. Accordingly, the case is for those who claim their right before the judiciary, as the case is a legal procedure to claim a right or to compensate for the damage caused by it. The accused is a right and not a duty, so a person is free to prove it or give it up without forcing him to do anything, and the lawsuit is the legal means to protect the right and compensate for it, and the goal of legislating the case is that individuals do not resort to obtaining their rights with their own hands, until chaos prevails in society, but on every human being who has been deprived of his right or has been harmed to resort to the judicial authorities to recover this right or compensate the damage he sustained, and on the basis of that we will divide this topic into two requirements.

## First Requirement

## Evaluation Authority of Judge in Compensation for Moral Damage and the Restrains thereof

This requirement will be divided into two parts; the first about Evaluation Authority of Judge and the second about the restrains that are imposed upon such authority.

## Part One

## Evaluation Authority of Judge

One of the manifestations of giving the judge a positive role in resolving civil cases is giving him the discretion to rule in what he deems appropriate, especially with regard to compensation cases, in order to achieve the intended purpose, which is

11

essentially reparation for the harm that has befallen the victim. And if that authority changes according to whether the judge is obligated to rule for full compensation for the damage or fair compensation to him, that is, it is not necessarily complete, and that authority is sometimes affected in the case whose subject matter requires the assistance of experts from technicians and specialists, hence the issue of seeking assistance from people Experience, and this power that the judge enjoys is not absolute but rather restricted, and that the general rules for estimating compensation require that compensation be estimated by the amount of direct damage so that it does not increase or decrease, and this is known as the principle of equality between compensation and damage, while part of the jurisprudence tends Especially in France, to call it the principle of full compensation for damage, as the content of this principle is determined that the assessment of compensation must be as much as the damage is considered by the creditor, and the judge must look at it from all the circumstances of the creditor or related to the damage he has suffered, in particular the past, present and future consequences of the damage provided that It does not take into account any element outside the damage, because this is in violation of the principle of full compensation for the damage, and there is another principle that mitigates the severity of the foregoing principle, which is the principle of the discretionary authority of the trial court. The above principle makes compensation able to achieve its goal, which is to return the injured to his condition before the damage occurred, and therefore compensation should not exceed the amount of damage on the one hand, and should not be less than it on the other hand, and that the above principle is a direct and logical result of the separation of criminal responsibility from civil responsibility Where civil compensation has become an independent and distinct sanction from the criminal penalty, it aims to redress the harm and is not affected by the factors of assessing the penalty. The advanced principle of the Iraqi civil law has been confirmed in Article (169/f2), which is that

12

the assessment of compensation for moral damage in civil liability is subject to the authorities of the subject court absolutely without oversight from a higher judicial authority, as this constitutes an objective or factual issue. This does not mean that the trial court is not completely subject to the oversight of the Court of Cassation with regard to legal issues. The adjustment of damage, is it real or probable, direct or indirect, all of these issues are subject to the control of the judgment of cassation, as well as the issue of taking into account the elements of compensation in the judgment issued is described as one of the issues of law that is subject to in which the judge is subject to the oversight of the Court of Cassation, other than the assessment of compensation, which is one of the issues of reality in which the judge is not subject to such oversight.

## Part Two

## Restrains on Evaluation Authority of Judge

First, the litigants' demands: The civil judiciary does not move automatically. The civil judiciary is a required judiciary and not an automatic judiciary. What the lawsuit includes in the petition of requests determines the scope of the lawsuit. The judge may not leave the truth aside, otherwise his judgment is subject to cassation, because he has committed a fundamental error in the judgment, as if it ruled more than what the litigants requested or other than what they demanded in the petition. The Iraqi judiciary was able to confirm these principles through the numerous rulings it issued. The function of the judiciary is limited to adjudicate on the requests presented to it, so it does not have the power to interfere in matters that were not presented to it. He does not have the right to answer questions about which he was not asked and outside the scope of the cases before him. The principle in the ruling

preceded the request and saying otherwise means exceeding the meaning of the lawsuit and litigation. The judge is obligated to decide on every request or payment submitted to him correctly and not to have committed a fundamental error in the ruling. In the event that he judges what the litigants did not claim, or decides more than what they requested, and that is justification for appealing in cassation. The judge of appeal in its appellate capacity, just as all judgments of the courts of first instance may be distinguished. It should be taken into account that the appeal as a method of appealing judgments must be resorted to, and in accordance with the purpose for which it was decided, which is to strengthen the opponents' conviction of the appealed judgment not to achieve illegal purposes, otherwise his responsibility rises with the intent of maliciousness to his opponent. The right to take legal measures and to file cases has its sanctity, and it is a natural right and a strong pillar on which the legislation is based. It is a right despite its apparent release. It is restricted by restrictions that regulate the freedom of resorting to the judiciary and the use of procedures to reach the truth. Abuse of it in it brings responsibility, meaning that the authority of the judge in the field of estimating compensation for moral damage, it is not absolute but rather a restricted authority. The litigants' requests are considered a restriction on the authority of the judge in this field.

Second - the common error: - is that the fault of the creditor, along with the fault of the debtor, participates in causing the damage, so the damage has two causes, the fault of the creditor and the fault of the debtor, in which the debtor does not bear the full responsibility, but to the extent of the fault that was issued by him, i.e. his liability is mitigated. And the judge must take into account and take into account this situation, for it is from this point of view a limitation on the authority of the judge in estimating compensation, especially with regard to the legislation that requires the judge to reduce compensation or not rule any compensation if the creditor has

14

participated with the debtor in causing the damage, because we If we refer to the legislative texts that included the provisions related to common fault, we will find that they have varied in the extent to which the judge is obligated to reduce compensation or not, and the Iraqi Civil Code, we will find that it permitted the judge to reduce compensation in the event of a common error without obligating him to do so, as this article stipulates ((may The court may reduce the amount of compensation or not award compensation, whether the aggrieved party participated in, by his fault, the damage was caused or increased in it, or he had worsened the debtor's position)) and that the Iraqi Civil Code in Article 210 permitted the reduction of compensation in the event of a joint error and we see the requirements of justice Compensation is reduced if the creditor has by mistake contributed to causing the damage, i.e. obligating the judge to reduce the compensation in the event of a joint error. He had participated with the debtor in its creation.

<h3 style="text-align:center">Second Requirement</h3>

<h3 style="text-align:center">Compensation lawsuit against moral damages in Civil Liability</h3>

We will divide this requirement into two parts. In the first part, we will talk about the parties to the compensation claim for moral damage. In the second part, we will talk about the extent to which some considerations related to the aggrieved party affect the amount of compensation.

## Part One

## Parties to the compensation claim for moral damage

First, the plaintiff: - is the aggrieved person who is claiming compensation to redress the damage he sustained as a result of violating his right, and it is clear from the meaning of the compensation claim that he files it in the event that the aggrieved plaintiff was from an act committed by the defendant, and the damage must be the result of the harmful act committed by the defendant. i.e. the existence of a causal relationship between the harmful act and the damage, and if this is proven, the court will award compensation to the injured person, and the compensation is usually monetary; Because cash is the best compensation that the injured person may obtain. The compensation can be in kind, so that the debtor is obligated to remove the violation of the terms of the contract, and the compensation is for the loss that caused the injury to the injured, and it can also be compensated for that lost gain, such as burning a merchant's shop and burning his goods, He compensates for the value of the goods in addition to the profits that he could have earned had it not been for this fire, and several conditions must be met in this, including the claim for compensation from the judicial authorities for the damage, whether this damage was material or moral, and therefore filing a claim for compensation before the judiciary requires certain conditions until be legal and not refuse.

Second, the defendant: The defendant is the person against whom a lawsuit is filed because of an alleged error or accusation. The defendant usually seeks to prove his innocence and thus denies the accusations made by the plaintiff. While the plaintiff must prove that the defendant committed these acts, the defendant must defend his actions before the court. In some cases, the defendant objects to the plaintiff's complaint by directing the court's attention to some of the complainant's actions, which puts him at fault or in part is considered a liability The person for the damage

16

resulting from his personal act is a branch of responsibility for the wrongful act, which is the most prominent form of tort liability. A defendant who caused direct harm without the intervention of an outside influencer, and the fault may have been caused by one of the defendant's anonymous followers, For example, the digging of a main street caused a car accident and the death of one of them. Here, the heirs file a lawsuit against the municipality director, because the digging of the street was done by one of his unknown followers, or that one of his followers had to repair this excavation and was delayed. And it stipulates that every mistake that causes harm to others obliges the one who committed it to compensate. In order for the plaintiff to obtain compensation, he must prove the defendant's mistake, the damage he sustained, and the causal relationship between them, These three elements constitute the pillars of responsibility, which is the error is the first pillar of tort responsibility, because responsibility is based on wrong behavior, and he talked about that a person is responsible for his illegal act, so that we can link the idea of error to illegality as the responsibility of a person can be based even if the damage is As a result of a person's use of his right, if he intends, through his exercise of his right, to harm others, so that his use of his right in an abusive manner is tantamount to exceeding the limits of the right. Or his money or his feelings and emotions. Any right protected by law, or a legitimate interest, even if the law is not guaranteed by a special case, the violation of it entails responsibility on the perpetrator of the harmful act, and the presence of harm is important for the person's responsibility because the liability suit aims either to remove the damage or compensate for it, if the damage is no longer denied. Civil liability, unlike the harmful act that necessitates criminal liability, the fine does not aim to redress the harm, but rather to prevent the violating behavior, so the error necessitating criminal liability was sufficient alone to establish the person's responsibility even if no harm occurred, because criminal responsibility aims to deter the violating behavior and not to compensate It is stipulated in the

17

damage that causes compensation to be verified, whether it actually occurred or was likely to occur in the future, such as a person suffering a permanent disability that prevents him from practicing any work in the future. Evidence for the one who claimed, as for the causation relationship, the third pillar of tort liability, as the error must be the cause of the damage, but it is not enough that the damage is a result of the error, but rather it must be a direct result of it, as there is no compensation for indirect damage, if many Damages arising from a single act, compensation is only due for direct damage, but if the damage resulted from several incidents that participated in its occurrence, without the possibility of excluding any of them, or determining the cause of the damage among them, and the parties were unable to determine the damage and the amount of compensation, and the There was no provision in the law specifying compensation.

## Part Two

### The extent to which some considerations of the affected party affect the amount of compensation

Circumstances must be taken into account when estimating compensation for the future damage that befell the injured person, and the circumstantial circumstances are meant those that dress the injured person and not the one responsible, because compensation is measured by the amount of damage inflicted on the injured person, and therefore it is estimated on a subjective and not objective basis, and the social position has an effective impact. In determining the amount of compensation, not all individuals are at one social level. There is a variation from one person to another, as it is directly proportional to the compensation. Whenever the injured person is in a high social position or a high level of knowledge and experience, as if he was a

jurist, a university professor or a doctor, the moral damage he is exposed to It is significant when compared to the damage suffered by the taxi operator or taxi driver. The estimation of compensation for moral damage resulting from the bodily injury is not independent of the financial and social status of the injured party, so the judge must take into account the social conditions of the injured, as compensation for the death of the newborn fetus varies For compensation for the death of the wife of one of them, such as if he is a person who subsists from his work, and if he is single and supports only himself or is responsible for providing for his family, this does not mean, of course, that if The rich sufferer is less in need of compensation than the poor, but the difference is in the earnings that are lost to the injured as a result of the injury.

Sample of Iraqi Judiciary applications

Verdict Type: Civil

Verdict No. 384/Appeal Committee transferred/2021

Date of Verdict: 7/2/2021

Issuing authority: Federal Appeal Court

Published on the official site of Higher Judicial Council/ Federal Appeal Court

(Upon examination and deliberation, it was found that the discriminatory appeal was submitted within the legal period, so he decided to accept it in form." Upon consideration of the distinguished ruling, it was found that it was correct and in accordance with the provisions of the law, because the trial court followed the cassation decision issued by this court in No. 597 / the Appeals Body Copied / 2020 in 19/2/2020 and instructed the five judicial experts to submit an appendix to their first report on calculating the material and moral compensation demanded by the plaintiff against the Minister of Electricity, in addition to his job regarding the death of his wife due to an electric shock that caused her death on 4/11/2018, considering that the compensation demanded It is to redress the material and moral damage that they have suffered, and that the five experts submitted an appendix to their first report on 10/11/2020, which came as justified and causal and could be a reason for judgment in accordance with what was stipulated in Article 140/first of the Evidence Law and since everyone who was at his disposal Or one of his followers disposes of mechanical machines or other things that require special care to prevent their damage. He is responsible for the damage he causes unless it is proven that he or his followers took adequate precautions to prevent this damage from occurring (Article 231 Civil), so he decided to ratify the distinguished judgment and the appeal was

rejected, with the distinguished loading the discrimination fee, the decision was issued by agreement on 7/2/2021)