IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN** | ) |
| | ) |
| **Defendant.** | ) |

### [PROPOSED] ORDER

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e), and based on Plaintiffs' written submissions and sworn affidavits, it is hereby ORDERED that judgment be entered for the Family Member Plaintiffs[1] against Defendant the Islamic Republic of Iran as to liability. Previously appointed Special Master Alan L. Balaran is hereby now also appointed to receive the Family Member Plaintiffs' damages evidence and to prepare a recommendation to the Court on all issues related to damages.

Plaintiffs are to update the Court via a status report regarding the progress of presenting damages evidence to the Special Master every sixty (60) days.

It is SO ORDERED on this ___ day of _____, 2022.

_____
Judge, United States District Court

---

[1] These individuals include Allan Roberts, in his capacity as the natural guardian of C.D.R., Bethan Johnson, Natasha Grove, Steven Crowley, in his capacity as the natural guardian of O.J.C. and L.A.C., Sarah Crowley, Michael Crowley, Patricia Crowley, Kristin Jameson, Edith Nichol, Thomas Jameson, George Riekert, in his capacity as the natural guardian of M.R., Simonè Riekert, Simon Riekert, Wilhelmina Oosthuizen, Chante Oosthuizen, Shibone De Bruyn, Shaun Oosthuizen, Magdalena Oosthuizen, Maggie Kieser, Emogene Boje, Sone Smith, Gavin Smith, Johannes Kieser, Hester Hart, Arnoldus Kieser, Loraine Steenberg, René Botha, Jené Steenberg Marais, Deseré Steenberg, Stephan Brink, in his capacity as executor of the Estate of Estelle Brink, Brendon Botha, Leanelle Botha, Janet Capazorio, Brandon Capazorio, Shannon Figg, George Capazorio, Maud Capazorio, Bettina Capazorio, Carin Capazorio, Sarel Du Plessis, Susan De Clercq, Rozelle Adams, and Morne Bruwer.