# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 (RCL) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## NINTH STATUS REPORT

COME NOW Plaintiffs, by counsel, to provide the following status update in response to the Order of April 22, 2022 requiring Plaintiffs to "submit a status report within thirty (30) days, and every thirty (30) days thereafter, detailing their efforts to provide proof of damages to the Special Master." ECF No. 28. Plaintiffs, by counsel, hereby notify the Court that:

1. On November 1, 2022, Plaintiffs' counsel submitted the final piece of evidence of damages for the Special Master's consideration. Pending additional requests for information by the Special Master, this completes the anticipated evidentiary presentation on behalf of the victim plaintiffs and the American citizen family member plaintiffs.

2. In response to concerns articulated by the Court in its January 24, 2022 Memorandum Opinion, ECF No. 24, Plaintiffs' counsel filed a Renewed Motion for Default Judgment on behalf of the foreign citizen family member plaintiffs on November 22, 2022. *See* ECF No. 35.

3. Pursuant to the ongoing obligations established within the Court's Order of April 22, 2022, Plaintiffs shall file a subsequent status update within thirty (30) days regarding any changes to the overall status of the case.

Respectfully submitted,

     /s/ Kevin A. Hoffman\_\_
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs*