IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ISLAMIC REPUBLIC OF IRAN** )<br>)<br>**Defendant.** ) | Case No. 1:20cv1227 (RCL) |

### [PROPOSED] ORDER

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, and based on the written submission provided to the Court, it is hereby ORDERED that the FINDING OF LIABILITY entered on behalf of Plaintiff Sitorai Khasanzod is hereby VACATED.

The claims associated with Plaintiff Sitorai Khasanzod shall hereby be incorporated and considered along with those filed by other non-citizen family members in this case on November 22, 2022. *See* ECF No. 35.

This Order has no effect on the claims of any other Plaintiff before the Court in this matter.

It is SO ORDERED on this ___ day of _____, 2023.

_____
Judge, United States District Court