UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLAN ROBERTS, *et al.*,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN

    Defendant.

Case No. 1:20-cv-1227-RCL

## FINDING OF LIABILITY

For the reasons set forth in the Court's Memorandum Opinion issued this date, the Court hereby **GRANTS** plaintiffs' Motion [39] to Amend/Correct. The Court's earlier finding of liability with respect to plaintiff Sitorai Khasanzod is **VACATED**.

Additionally, the Court hereby **GRANTS IN PART** and **DENIES IN PART** the plaintiffs' Renewed Motion [35] for Default Judgment. Specifically, the Court holds as follows as to Count XIV:

1. Defendant Iran is **LIABLE** to plaintiff Sitorai Khasanzod under Maryland law for the intentional infliction of emotional distress for severe emotional distress resulting from Iran's material support for attacks with EFPs.

2. Defendant Iran is **LIABLE** to the following plaintiffs under South African law for the infliction of emotional shock for severe emotional distress resulting from Iran's material support for attacks with EFPs: Natasha Grove, M.R., George Riekert, in his capacity as guardian of M.R., Simonè Riekert, Simon Riekert, Wilhelmina Oosthuizen, Chante Oosthuizen, Shibone De Bruyn, Shaun Oosthuizen, Magdalena Oosthuizen, Maggie Kieser, Emogene Boje, Sone Smith, Gavin Smith, Johannes Kieser, Hester Hart, Arnoldus

1

Kieser, Loraine Steenberg, René Botha, Jené Steenberg Marais, Deseré Steenberg, Stephan Brink, in his capacity as executor of the Estate of Estelle Brink, Brendon Botha, Leanelle Botha, Janet Capazorio, Brandon Capazorio, Shannon Figg, George Capazorio, Maud Capazorio, Bettina Capazorio, Carin Capazorio, Sarel Du Plessis, Susan De Clercq, Rozelle Adams, and Morne Bruwer.

3. Plaintiffs' motion for default judgment with respect to the claim advanced by plaintiffs C.D.R., Allan Roberts, in his capacity as guardian of C.D.R., Bethan Johnson, O.J.C, L.A.C., Stephen Crowley, in his capacity as guardian of O.J.C. and L.A.C., Sarah Crowley, Michael Crowley, Patricia Crowley, Kristin Jameson, Edith Nichol, and Thomas Jameson is **DENIED** without prejudice. Plaintiffs have not provided the Court with satisfactory evidence of English law that could govern these plaintiffs' claim for intentional infliction of emotional distress.

It is **SO ORDERED**.

SIGNED this ___5th___ day of July, 2023.

                                                Royce C. Lamberth
                                               United States District Judge