IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAN ROBERTS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 (RCL) |
| | ) |
| ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SUBSTITUTE PROPER PARTY

THIS MATTER having come before the Court on a Suggestion of Death, ECF No. 49, and Motion to Substitute Proper Party, ECF No. 50, following the untimely death of Plaintiff Susan de Clercq, and for good cause shown, pursuant to Federal Rule of Civil Procedure 25(a), it is hereby ORDERED and ADJUDGED that Elzet Strauch, Executrix of the Estate of Susan de Clercq, is hereby substituted as the proper party in place of the deceased party.

It is SO ORDERED on this 27 day of March, 2024

_____
Judge, United States District Court