IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 (RCL) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## STATUS REPORT

COME NOW Plaintiffs, by counsel, to provide the following status report:

1. On November 16, 2023, Plaintiffs filed a Suggestion of Death as to Simon Riekert. ECF No. 56. Therein, Plaintiffs indicated to the Court that the representative of Mr. Riekert's Estate expressed that he did not wish to further pursue a claim.

2. On February 13, 2024, Plaintiffs filed their Notice of Service of Suggestion of Death, confirming to the Court that the previously filed Suggestion of Death as to Simon Riekert had been served on the administrator of the Estate. ECF No. 57.

3. Pursuant to Federal Rule of Civil Procedure 25(a)(1), an action brought by a decedent must be dismissed if no motion for substitution is made within ninety days after service of the statement noting the death.

4. It has now been more than ninety days since service of the Suggestion of Death and, consistent with the wishes of the administrator, no motions have been filed on behalf of the Estate of Simon Riekert. Therefore, the Court may proceed to dismiss the claims of Simon Riekert at any time.

5. Separately, Plaintiffs wish to inform the Court regarding the status of the remaining claims associated with this case.

6. This Court previously denied the claims of ten family member plaintiffs. *See* ECF No. 48 at 2. Those individuals moved for entry of final judgment and noted their appeal. Based on the intervening ruling issued by the United States Court of Appeals for the D.C. Circuit in the case of *Borochov v. Islamic Republic of Iran*, that appeal is currently stayed pending the resolution of further proceedings in *Borochov*.

7. The remaining claims were granted liability by this Court and then referred to Special Master Alan Balaran for a report and recommendation as to damages. The issue of the extent of the impact of the *Borochov* ruling on those pending claims was appropriately raised by Mr. Balaran and it is Plaintiffs' understanding that the subject will be addressed by his report.[1] Plaintiffs completed their final submission of evidence to Mr. Balaran on this issue, and as to these claims in their entirety, on May 3, 2024.

8. As the Court may be aware, Plaintiffs' primary means of recovery in cases brought pursuant to 28 U.S.C. § 1605A are occasional distributions from the United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"). Plaintiffs' counsel recently received notification from the USVSST Fund that a distribution may be made in early 2025. The deadline for claimants to be eligible for this potential upcoming payment is July 1, 2024. Eligibility for receiving such distributions is premised upon having obtained a civil judgment.

9. In light of this recent notification, and in an effort to represent Plaintiffs' interests as fully as possible, Plaintiffs' counsel apprises the Court of this upcoming deadline in order to allow the Court to consider that information in whatever means it deems appropriate given the wide variety of concerns and matters pending before it. Plaintiffs fully appreciate both Mr.

---

[1] As the Court will soon see based on the subsequent submissions to Mr. Balaran, it is Plaintiffs' position that several of the potentially impacted claims will yet survive due to uncontroverted sworn testimony identifying by-stander fatalities at the scene of various blasts and/or the subsequent death of the attack victim due to injuries sustained as a result of the blast.

Balaran's valuable time and the Court's busy docket, and they do not presume that their case is capable of being prioritized over another. Moreover, Plaintiffs also understand that the Court has not yet ruled with any finality as to any of their pending claims for relief, and that it is possible the Court may ultimately deny their relief and/or request the submission of additional evidence. Regardless, Plaintiffs are prepared to proceed in accordance with the direction of the Court and await the filing of the forthcoming report and recommendation from Mr. Balaran.

Respectfully submitted,

_____/s/ Kevin A. Hoffman_____
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer (DCD Bar No. VA0157)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerhoffman.com
Email: randy.singer@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*