# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN ROBERTS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1227 (RCL) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF FAILED SERVICE OF DEFAULT JUDGMENT BY MAILING

Plaintiffs, by counsel, hereby notify the Court that their attempts to serve the default judgment filings in this matter on the Islamic Republic of Iran ("Iran") pursuant to the requirements of 28 U.S.C. § 1608(a)(3) have failed. This statutory provision requires attempting service "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3).

As an initial matter, counsel for Plaintiffs have confirmed that commercial shipping companies such as DHL, UPS, and FedEx no longer ship packages from the United States of America to Iran. DHL, in particular, will ship "diplomatic materials" to Iran, but Plaintiffs' counsel is unable to send such a mailing. Therefore, the only remaining avenue for attempting service by foreign mailing is via registered mail with the United States Postal Service ("USPS").

On June 18, 2025, Plaintiffs filed their Affidavit Requesting Foreign Mailing asking the Clerk's Office to dispatch the documents for service to USPS. Because the Clerk's Office does not hand-deliver such materials for litigants, Plaintiffs arranged for a courier to pick-up from the Clerk, deliver the documents to USPS, process the mailing, and return the receipt to the Clerk as

proof of mailing. The courier attempted to complete this task on June 30, 2025; however, he was informed that USPS would not accept the mailing and returned the documents to the Clerk.

Plaintiffs' counsel subsequently confirmed this information via the USPS web page for announcing international service disruptions, which currently indicates that it "has temporarily suspended international mail acceptance to Iran **due to the foreign post not accepting mail**."[1]

Pursuant to Section 1608, "if service cannot be made within 30 days under paragraph (3)," the next step is for service "to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." 28 U.S.C. § 1608(a)(4). Out of an abundance of caution, Plaintiffs will wait until at least thirty days have passed since their mailing was rejected by USPS before proceeding with diplomatic service under Section 1608(a)(4).

Once filed, it is the experience of counsel that diplomatic service will take approximately four to six months to be completed by the Department of State; however, current geopolitical events may cause further disruptions or delays.

Respectfully submitted,

_/s/ Kevin A. Hoffman_
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer (DCD Bar No. VA057)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Telephone: (757) 301-9995
Facsimile: (757) 233-1084
Email: kevin.hoffman@singerhoffman.com
Email: randy.singer@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*

---

[1] *See* https://about.usps.com/newsroom/service-alerts/international/welcome.htm (last updated July 11, 2025).